NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTOR SAMULIAN,                     )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-4826
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Kimberly Campbell,
Judge.


PER CURIAM.

            Affirmed.  See § 938.30, Fla. Stat. (2018).


KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.